# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>THOMAS F. GRAVES,<br>    Defendant. | )<br>)<br>)<br>)  **JUDGMENT IN A CIVIL CASE**<br>)  **CASE NO. 5:10-CV-193-D**<br>)<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that in accordance with Rule 55(b) of the Federal Rules of Civil Procedure, counsel for plaintiff, United States of America, having requested judgment against the defaulted defendant and having filed a proper affidavit, judgment is rendered in favor of the plaintiff and against the above named defendant in the sum of $18,486.23, including interest of $3,934.98 as of December 12, 2009 on the principal of $14,551.25, and accruing thereafter at the rate of 2.48% to the date of entry of the judgment, and costs allowed under 28 U.S.C. §2412(a)(2) of $350.00. Interest thereon after date of entry of this judgment shall be at the rate of .25%.


THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 25, 2010** WITH A COPY TO:

S. Katherine Burnette (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| <u>August 25, 2010</u><br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer          </u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |